```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
                                          The party obtaining this order is responsible for
                                          noticing it pursuant to Local Rule 9022-1.
```



1  **TIFFANY & BOSCO** P.A.   **Dated: August 12, 2009**

2  **2525 EAST CAMELBACK ROAD**

3  **SUITE 300**

   _____

4  **PHOENIX, ARIZONA 85016**

   **RANDOLPH J. HAINES**

5  **TELEPHONE: (602) 255-6000**

   **U.S. Bankruptcy Judge**

   **FACSIMILE: (602) 255-0192**  _____

6  Mark S. Bosco
   State Bar No. 010167

7  Leonard J. McDonald
   State Bar No. 014228

8  Attorneys for Movant

9  09-18809/0434116-4003

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-02043-RJH |
| Roger S. Embry and Joanne E. Embry<br>  Debtors. | Chapter 7 |
| National Bank of Arizona<br>     Movant,<br>    vs. | ORDER<br><br>(Related to Docket #28) |
| Roger S. Embry and Joanne E. Embry, Debtors,<br>Constantino Flores, Trustee.<br><br>    Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 27, 2007 and recorded in the office of the Yavapai County Recorder wherein National Bank of Arizona is the current beneficiary and Roger S. Embry and Joanne E. Embry have an interest in, further described as:

PARCEL I:
A portion of H.E.S. No. 331, located in the Northeast quarter of Section 21, Township 15 North, Range 3 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:
COMMENCING at corner NO.1 of said H.E.S. No. 331, from which corner no. 4 bears South 00 degrees, 02 minutes, 48 seconds East, a distance of 2627.05 feet;
THENCE South 00 degrees, 02 minutes, 48 seconds East, along the East line of said H.E.S. No, 331, a distance of 143.46 feet to a 1/2 inch rebar with cap marked "LS #19853";
THENCE continuing South 00 degrees, 02 minutes, 48 seconds East, along said East line, a distance of 290.42 feet to a 1/2 inch rebar with cap marked "LS#19853";
THENCE South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.04 feet to a 1/2 inch rebar with cap marked "LS#19853" and the TRUE POINT OF BEGINNING;
THENCE continuing South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.02 feet to a 1/2 inch rebar with cap marked "LS #19853;
THENCE North 00 degrees, 01 minutes, 59 seconds West, along the East line of the parcel of land described in Book 1218 of Official Records, Page 814, Records of Yavapai County, a distance of 290.42 feet to a 1/2 inch rebar with cap marked "LS#19853";
THENCE North 89 degrees, 56 minutes, 03 seconds East, a distance of 299.95 feet to a 1/2 inch rebar with cap marked "LS #19853";
THENCE South 00 degrees, 02 minutes, 49 seconds East, a distance of 290.42 feet to the TRUE POINT OF BEGINNING.

PARCEL II:
A portion of H.E.S. No. 331, located in the Northeast Quarter of Section 21, Township 15 North, Range 3 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:
COMMENCING at corner NO.1 of said H.E.S. No. 331, from which Corner No.4 bears South 00 degrees, 02 minutes, 48 seconds East, a distance of 2627.05 feet;
THENCE South 00 degrees, 02 minutes, 48 seconds East, along the East line of said H.E.S. No. 331, a distance of 143.46 feet to a 1/2 inch rebar with cap marked "LS#19853" and the TRUE POINT OF BEGINNING;
THENCE continuing South 00 degrees, 02 minutes, 48 seconds East, along said East line, a distance of 290.42 feet to a 1/2 inch rebar with cap marked "LS#19853";
THENCE South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.04 feet to a 1/2 inch rebar with cap marked "LS#19853";
THENCE North 00 degrees, 02 minutes, 48 seconds West, a distance of 290.42 feet to a 1/2 inch rebar with cap marked "LS#19853";
THENCE North 89 degrees, 56 minutes, 03 seconds East, a distance of 300.04 feet to the TRUE POINT OF BEGINNING.
RESERVING unto the Trustor herein, their heirs, successors and/or assigns a cul-de-sac easement for ingress, egress and utilities over a portion of H.E.S. No. 331, located in the Northeast quarter of Section 21, Township 15 North, Range 3 East of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:
COMMENCING at Corner No.1 of said H.E.S. No. 331, from which Corner No. 4 bears South 00 degrees, 02 minutes 48 seconds East, a distance of 2627.05 feet;

THENCE South 00 degrees, 02 minutes, 48 minutes East, along the East line of said H.E.S. No. 331, a distance of 143.46 feet to a 1/2 inch rebar with cap marked "LS #19853";

THENCE continuing South 00 degrees, 02 minutes, 48 seconds East, along said East line of H.E.S. No. 331, a distance of 290.42 feet to a 1/2 inch rebar with cap marked "LS #19853";

THENCE South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.04 feet to a 1/2 inch rebar with cap marked "LS #19853";

THENCE continuing South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.02 feet to a 1/2 inch rebar with cap marked "LS #19853" and the TRUE POINT OF BEGINNING;

THENCE North 00 degrees, 01 minutes, 59 seconds West, along the East line of the parcel described in Book 1218 of Official Records, Page 814, Records of Yavapai County Arizona, a distance of 20.00 feet;

THENCE North 89 degrees, 56 minutes, 03 seconds East, a distance of 255.29 feet;

THENCE along the arc of a curve to the left, said curve having a radius of 20.00 feet, arc length of 16.82 feet, central angle of 048 degrees, 11 minutes, 23 seconds, a chord bearing of North 65 degrees, 50 minutes, 22 seconds East and a chord length of 16.33 feet;

THENCE along the arc of a curve to the right, said curve having a radius of 40.00 feet, arc length of 192.95 feet, central angle of 276 degrees, 22 minutes, 46 seconds, a chord bearing of South 00 degrees, 03 minutes, 57 seconds East and a chord length of 53.33 feet;

THENCE along the arc of a curve to the left, said curve having a radius of 20.00 feet, arc length of 16.82 feet, central angle of 048 degrees, 11 minutes, 23 seconds, a chord bearing of North 65 degrees, 58 minutes, 16 seconds West and a chord length of 16.33 feet;

THENCE South 89 degrees, 56 minutes, 03 seconds West, a distance of 255.31 feet;

THENCE North 00 degrees, 01 minutes, 59 seconds West along said East line of the parcel described in Book 1218 of Official Records, Page 814, Records of Yavapai County Arizona, a distance of 20.00 feet to the TRUE POINT OF BEGINNING.

EXCEPT any portion of property not lying within Parcels I and II above. Said easement to be appurtenant to Parcels I and II above.

PARCEL III:

A cul-de-sac easement for ingress, egress and utilities over a portion of H.E.S. No. 331, located in the Northeast quarter of Section 21, Township 15 North, Range 3 East of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:

COMMENCING at Corner No.1 of said H.E.S. No. 331, from which Corner No. 4 bears South 00 degrees, 02 minutes 48 seconds East, a distance of 2627.05 feet;

THENCE South 00 degrees, 02 minutes, 48 minutes East, along the East line of said H.E.S. No. 331, a distance of 143.46 feet to a 1/2 inch rebar with cap marked "LS #19853";

THENCE continuing South 00 degrees, 02 minutes, 48 seconds East, along said East line of H.E.S. No. 331, a distance of 290.42 feet to a 1/2 inch rebar with cap marked "LS #19853";

THENCE South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.04 feet to a 1/2 inch rebar with cap marked "LS #19853";

THENCE continuing South 89 degrees, 56 minutes, 03 seconds West, a distance of 300.02 feet to a 1/2 inch rebar with cap marked "LS #19853" and the TRUE POINT OF BEGINNING;

THENCE North 00 degrees, 01 minutes, 59 seconds West, along the East line of the parcel described in Book 1218 of Official Records, Page 814, Records of Yavapai County, Arizona a distance of 20.00 feet;

THENCE North 89 degrees, 56 minutes, 03 seconds East, a distance of 255.29 feet;

THENCE along the arc of a curve to the left, said curve having a radius of 20.00 feet, arc length of 16.82 feet, central angle of 048 degrees, 11 minutes, 23 seconds, a chord bearing of North 65 degrees, 50 minutes, 22 seconds East and a chord length of 16.33 feet;

THENCE along the arc of a curve to the right, said curve having a radius of 40.00 feet, arc length of 192.95 feet, central angle of 276 degrees, 22 minutes, 46 seconds, a chord bearing of South 00 degrees, 03 minutes, 57 seconds East and a chord length of 53.33 feet;

THENCE along the arc of a curve to the left, said curve having a radius of 20.00 feet, arc length of 16.82 feet, central angle of 048 degrees, 11 minutes, 23 seconds, a chord bearing of North 65 degrees, 58 minutes, 16 seconds West and a chord length of 16.33 feet;

THENCE South 89 degrees, 56 minutes, 03 seconds West, a distance of 255.31 feet;

THENCE North 00 degrees, 01 minutes, 59 seconds West along said East line of the Parcel described in Book 1218 of official records, Page 814, records of Yavapai County, Arizona, a distance of 20.00 feet to the TRUE POINT OF BEGINNING.

EXCEPT any portion of property lying within Parcels I and II above. Said Easement to be appurtenant to Parcels I and II above.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT